UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE SKANDIS,

    Plaintiff,　　　　　　　　　　　　　Case No. 1:20-cv-999

v.　　　　　　　　　　　　　　　　　　Hon. Hala Y. Jarbou

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

## ORDER

On March 5, 2021, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss (ECF No. 9) be granted (ECF No. 23).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on March 19, 2021.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 23) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss (ECF No. 9) is **GRANTED**.


Date:   March 22, 2021　　　　　　　　　　　　/s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　　　　HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE