UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE SKANDIS,

      Plaintiff,                                         Case No. 1:20-cv-999

v.                                                   Hon. Hala Y. Jarbou

JPMORGAN CHASE BANK, N.A.,

      Defendant.
_____/

## ORDER AND PERMANENT INJUNCTION

On July 22, 2021, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendant's motion for sanctions be granted (ECF No. 25). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on August 5, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant JPMorgan Chase Bank N.A.'s Motion for Rule 11 Sanctions (ECF No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Christine Skandis is permanently enjoined from filing any lawsuit against Chase, its successors or assigns, which involves real estate financing, mortgages, mortgage modifications, liens, contracts, conveyances, or any other document or incident related to the property commonly known as 312 Hoffman Street, Saugatuck, Michigan.

2

**IT IS FURTHER ORDERED** that Plaintiff Christine Skandis is permanently enjoined from filing any lawsuit against Chase, its successors or assigns, which involves any claim or incident alleged in *Larry Fuller and Christine Skandis v. JPMorgan Chase Bank, N.A., et al.*, 1:19-cv-28 (W.D. Mich.), *Christine Skandis v. JPMorgan Chase Bank, N.A.*, 1:20-cv-999 (W.D. Mich.), or *Christine Skandis v. JPMorgan Chase Bank, N.A., Ann Perrault & Avalon International Breads*, 2:20-cv- 12694 (E.D. Mich.).

**IT IS FURTHER ORDERED** that any such lawsuit sent to this Court shall be returned to Christine Skandis along with a copy of the Court's injunction.

**IT IS FURTHER ORDERED** that if Christine Skandis files such a lawsuit in another court, and that lawsuit is removed or transferred to this Court, then Skandis shall be subject to additional sanctions for violating the injunction.

**IT IS FURTHER ORDERED** that Christine Skandis pay a penalty to this Court in the amount of **$1,000.00**, due on or before **September 10, 2021**.

Date:   August 20, 2021                             /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    UNITED STATES DISTRICT JUDGE